Appeal No. 52416 from Judgment dated March 5, 1993, Glenn Barlow, Ruling Judge, Jackson County Chancery Court.
Franklin C. McKenzie, Jr., Laurel, Walter L. Nixon, Jr., Biloxi, Catherine H. Jacobs, Biloxie, for Appellant.
Joseph Q. White, Jr., Henry P. Pate, III, Pascagoula, for Appellee.
Before FRAISER, C.J., and KING and SOUTHWICK, JJ.
Affirmed.
THOMAS, P.J., and COLEMAN, DIAZ, McMILLIN and PAYNE, JJ., concur.
BRIDGES, P.J., and BARBER, J., not participating.